IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><u>Rose v. AbbVie Inc., et al.</u><br><br>Civil Action No. 1:14-cv-08905 | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs REAVIS ROSE and BETTY ROSE and counsel for Defendants ELI LILLY AND COMPANY (erroneously sued and served as Eli Lilly & Company) and LILLY USA, LLC (erroneously sued and served as Lilly USA, Inc.), pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

*/s/ Christopher T. Kirchmer*
Christopher T. Kirchmer
**PROVOST UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, TX 77701

*Attorneys for Plaintiff*

*/s/ David E. Stanley*
David E. Stanley
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Attorneys for Defendants Eli Lilly and Company and Lilly USA, LLC*

1

*/s/ Christopher R. Boisvert*
Christopher R. Boisvert
**DECHERT, LLP**
2929 Arch Street
Philadelphia, PA 19104-2808

*Attorney for Defendants AbbVie, Inc. and*
*Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

  I, David E. Stanley, hereby certify that on March 8, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                   */s/ David E. Stanley*